966 A.2d 544

**COMMONWEALTH of Pennsylvania, Appellant**

v.

**Malcolm Paul APARICIO, Appellee.**

Supreme Court of Pennsylvania.

Jan. 22, 2009.

### ORDER

PER CURIAM.

**AND NOW,** this 22nd day of January, 2009, the Order of the Court of Common Pleas of Delaware County is REVERSED pursuant to *Commonwealth v. Chase,* —— Pa. ——, 960 A.2d 108 (2008). This matter is REMANDED to the trial court for a determination of whether reasonable suspicion existed to stop the vehicle in question.

Jurisdiction is relinquished.